UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

David L. Vettese,                               Case No. 08-53571-PJS
                                                Chapter 7
          Debtor.              Hon. Phillip J. Shefferly
_____/

NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

      The enclosed check in the amount of $5.70 represents the total sum of unclaimed dividends (less than $5) in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | Recovery Management Systems Corporation<br>For Capital Recovery II, As Assignee of<br>Fifth Third Bank East MIC<br>25 SE 2nd Avenue<br>Miami, FL 33131 | $ 0.76 |
| 14 | Midwest Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | $ 4.94 |
| | **Total:** | **$5.70** |

Dated: March 2, 2010

                                                          /s/ Mark H. Shapiro (P43134)
                                                          Trustee
                                                          25925 Telegraph Road, Suite 203
                                                          Southfield, MI 48033
                                                          (248) 352-4700
                                                          shapiro@steinbergshapiro.com